**Patti Donner RUBIN, Plaintiff–Appellant,**

v.

**SCOTTS COMPANY LLC, Defendant–Appellee.**

No. 2014–1319.

United States Court of Appeals, Federal Circuit.

Nov. 7, 2014.

John R. Posthumus, Sheridan Ross P.C., of Denver, Colorado, argued for plaintiff-appellant.

Jennifer L. Swize, Jones Day, of Washington, DC, argued for defendant-appellee.

With her on the brief were William C. Rooklidge and Michelle Stover, of Irvine California.

REYNA, CLEVENGER, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**